**Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00612-CR
_____

**DOMINGO TAJIBOY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 5658**

## ORDER

This is an appeal from a municipal court conviction for a Transportation Code offense. The conviction was appealed to the County Criminal Court at Law No. 4 from the Municipal Court of Record No. 7. In its opinion, the County Criminal Court at Law No. 4 referenced testimony during the municipal court trial. The record in this court does not contain a reporter's record from the municipal court trial.

The district clerk is directed to file a supplemental clerk's record containing a copy of the reporter's record of the trial in Municipal Court Case No. 2014 TR 0240581 on or before August 29, 2019.

If the record is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the record is not a part of the case file.

PER CURIAM

.